UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JULIA ANN KLAES, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:09-cv-1023-LJM-WGH |
| | ) | |
| ADVOCATE CONSULTING LEGAL | ) | |
| GROUP, PLLC, f/k/a ADVOCATE | ) | |
| AIRCRAFT TAXATION COMPANY, | ) | |
|     Defendant. | ) | |

## **ENTRY OF JUDGMENT**

Through an Order dated September 3, 2010, the Court granted a motion to dismiss in favor of defendant, Advocate Consulting Legal Group, PLLC, and against plaintiff, Julia Ann Klaes, on all of plaintiff's claims. Plaintiff shall take nothing by way of her Complaint. Judgment is entered accordingly.

DATED this 3rd day of September, 2010.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana

By: _____
    Deputy Clerk

Distribution attached.

Distribution to:

Amanda C. Couture
DELANEY & DELANEY
acouture@delaneylaw.net

Kathleen Ann DeLaney
DELANEY & DELANEY LLC
kathleen@delaneylaw.net

Amy L. Garrard
GRAY ROBINSON, P.A.
amy.garrard@gray-robinson.com

Edward E. Hollis
BAKER & DANIELS - Indianapolis
eehollis@bakerd.com